DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH PAIN MANAGEMENT, INC. and ANTHONY ROGERS,**
Appellants,

v.

**GARY D. CARROLL** and **APRIL CARROLL,**
Appellees.

No. 4D20-2455

[December 9, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley Zuckerman, Judge; L.T. Case No. 50-2006-CA-004907-XXXX-MB.

Sharon Bidka Urbanek of Forman Law Offices, P.A., Delray Beach, for appellants.

Stephen J. Padula and Joshua S. Widlansky of Padula Bennardo Levine, LLP, Boca Raton, for appellee Gary D. Carroll.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***